■ In the Matter of TASHA WATKINS, Appellant, v JOSEPH CASTRICONE, JR., Respondent. [668 NYS2d 134] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Dillon, J. (Appeal from Order of

Erie County Family Court, Dillon, J.—Custody.) Present—
Pine, J. P., Hayes, Callahan, Doerr and Boehm, JJ.